No. 732. BERMAN ET AL. *v.* UNITED STATES; and
No. 733. FABRIC GARMENT CO., INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Milton C. Weisman* and *Harry I. Rand* for petitioners in No. 732. *Simon H. Rifkind* for petitioners in No. 733. *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Eugene L. Grimm* for the United States. Reported below: 262 F. 2d 631.

No. 794. TITLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Joseph Forer, David Rein* and *Daniel G. Marshall* for petitioner. *Solicitor General Ra. kin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 795. DE SOUZA *v.* BARBER, DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Dora Berres* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 796. COHEN ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Richard H. Markowitz* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Meyer Rothwacks* for respondents.

No. 797. CATO BROS., INC., ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *A. C. Epps* and *Charles W. Laughlin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.